# EXHIBIT LIST

### Ex A--Gustitus Aff.
- Attachment 1-Photograph
- Attachment 2-NOV
- Attachment 3-Req for Hearing
- Attachment 4—Mailing from DCRA

### Ex. B—Ramoy Aff.
- Attachment 1-Photograph
- Attachment 2-NOV
- Attachment 3-Req for Hearing

### Ex. C—Parenti Aff.
- Attachment 1-Photograph
- Attachment 2-NOV
- Attachment 3-Request for Hearing

### Ex. D—A. McBride Aff.
- Attachment 1-Photograph
- Attachment 2-NOV
- Attachment 3-Request for Hearing

### Ex. E—A. Todd Affidavit
- Photograph

### Ex. F—Fischer Article

### Ex. G—Reduced Copy of Office of Tax and Revenue Surveyor Document

### Ex. H—Zoning Map Demonstrating that the Relevant Portion of Ellicott Street is Zoned as Residential