# Exhibit A

-

# Gustitus Affidavit

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LINDA GUSTITUS, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. _____ |
| PATRICK J. CANAVAN, ET AL. | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF LINDA J. GUSTITUS

I, LINDA J. GUSTITUS, make oath and say as follows:

1.     I am over 21 years of age and have resided at 4716 Ellicott Street, N.W., Washington, D.C. 20016 for over 20 years.  I am a member of the Illinois bar.

2.     On or before February 23, 2006, I attached a sign to the railing of my front porch reading "Keep the Park in AU Park."  The sign is made of black paint on unpainted plywood plywood and is 2' high and 4' wide.  A true and accurate photograph of the sign is appended hereto as Attachment 1.

3.     The sign was intended to voice my protest of the recent zoning decision regarding, and pending subdivided development of, the neighboring property at 4717 Ellicott Street, N.W., Washington, D.C. 20016.  Both my property at 4716 Ellicott Street, N.W. and the neighboring property at 4717 Ellicott Street, N.W. are zoned R-1-B, which, under the current regulations, requires lots that are 50' wide.

4.     A zoning administrator's December 17, 2005 decision allows the property at 4717 Ellicott Street, N.W., originally planned as three 20' wide lots but developed with one single-family home, to be divided into two complementary "flag" lots, one with the existing house and

the second with plans to be developed with a second house closer to the alley. This decision is a cause of great concern to myself and other neighborhood residents because many of us chose to live in this neighborhood because of the spacious yards and the distance between houses and we feel that this decision would greatly impact the aesthetics and spaciousness of the neighborhood.

5.     I believe that the zoning administrator's decision is incorrect. My sign is intended to raise awareness in the neighborhood about the zoning board's decision, and to alert potential buyers that at least some in the community will fight the development of the parcel through the judicial process.

6.     On March 4, 2006, I received a certified letter from the Department of Consumer and Regulatory Affairs of the District of Columbia. It was a "Notice of Violation and Notice to Abate." It was signed by Olgie Antoine, inspector, and it said that our property had been inspected on February 23, 2006 at 12:15 P.M. and that it was determined that our sign required a permit pursuant to DCMR 12, Section 105.1.8. It said we had 15 days to get the permit or we could be subject to a $2,000 fine. A true and accurate copy of the notice and my letter in response are attached to this Affidavit.

7.     In response to this notice, I first went on-line to the DCRA web site and downloaded a "Sign Permit Application," which I filled out. I then placed a call to Olgie Antoine, the inspector. I believe he called me back on the morning of either Friday, March 10th or 17th. I asked him how we file for a permit and what the statutory prohibition was. He said the Notice of Violation he mailed us was wrong, because the Code citation was wrong. He said that we still need a permit, but pursuant to a different Code citation. I told him that I needed to know the proper Code citation, because the Notice of Violation indicated the possibility of a $2,000 fine. He said he would call me back with the correct Code citation.

8.      On March 20, 2006, after having been ill with the flu for over a week, I realized that the 15 day permit period detailed in the Notice of Violation had just passed.  I called Mr. Antoine twice, leaving messages, but was unable to reach him.  That same day, I sent a letter asking for a grace period from the 15 day requirement because of my illness and because of Mr. Antoine's statement that the Code citation on the Notice was incorrect and his failure to call me back with the proper statutory reference.  Included with this letter was the completed Sign Permit Application.  True and accurate copies of the letter and permit application are appended hereto as Attachments 2 and 3

9.      On March 21, 2006, I finally reached Mr. Antoine on the phone, and again asked him for the proper Code citation.  He said that he had been out to our block earlier that same day and left the information with David Griff, a neighbor, and asked him to inform the rest of us.  I told him that his actions were highly irregular, because I was facing a possible fine, and that he needed to tell me directly what the Code citation was.

10.     I also said that I had been home all day and that he should have stopped by my house.  He said that he tried, but there was no answer.  However, he said I lived at 4725 Ellicott Street, and when I told him that I lived at 4716 Ellicott Street, he seemed confused.

11.     Mr. Antoine stated that he not been keeping track of my calls or with whom he was talking at various times.  He finally told me that the proper Code citation was Section 3107.9.1, and he said that I could file for a permit for the sign at the DCRA by providing a plat of my property and 3 drawings of my sign.  I asked him where at the DCRA I should file the permit application, and he said "on the second floor."  I pressed him for the name of an office or person, and he said, "Mr. Robert Chin" or "Mr. Lenny Douglas."

12.    On March 24, 2006, I went to the Surveyor's office at 941 North Capitol Street, N.E., Second Floor. I ordered one plat with three properties on it—my house and that of two of the neighbors adjacent to me. (You can get up to three plats for the $30 fee if the properties are connected.) After submitting my request, I went to the cashier, waited in line, paid the $30, and got a confirmation of my payment. I took that back up to the Surveyor's office, gave it to the clerk, and he said my plats would be ready in a week and that I should call the following Thursday to make sure they are ready.

13.    After ordering the plat at the surveyor's office on March 24, 2006, I then went to the DCRA Building and Land Regulations office and asked where I could get a permit application for a sign. The woman at the desk said I had to go to room 2300 where all permit applications were handled. I went to room 2300, took a number, and waited in line.

14.    When my turn came, I told the man at the desk that I was looking for a permit application for a sign.

15.    He looked quizzical, but then he went on the computer and he printed off the same permit application that I had printed at home and mailed on March 20, 2006. I asked him if that was the right application.

16.    He then asked me to tell him about the sign. I described the sign and its contents. I also described the content of the two other signs on our block for which I was going to be applying for permits.

17.    He asked me to wait a minute. He went to another office for about 15 minutes.

18.    When he returned he told me the signs were illegal and that I couldn't get a permit for them. I asked him why, and he showed me two sections of the Code. One section was 3107.6.6 "Directional Signs" and the other was 3107.9.5.1 "Public Information." (The Code

4

sections that he copied and highlighted for me are attached to this Affidavit.)  I read them and said that our signs were not "directional signs" and that it looked to me as if "public information" signs are subject to permits.  He said that's not how he read it.  I said I wanted to apply for a permit anyway, so he gave me three copies of the one-page sign permit application.

19.    I then went back to the Building and Land Regulations office to file the permit application that my neighbors Tina S. Ramoy and Lynne R. Parenti had completed and asked me to file for them.  The woman said I needed to talk to someone (I think it was Bill) but he wasn't in.  She said he was supposed to be in about 15 minutes ago, but she didn't know when he was coming back.  I said I wanted to leave Tina and Lynn's application with the office and that "Bill" or whoever, should contact Tina or Lynne about their application.  She said that was fine, so I left the application with her.

20.    I returned to the Surveyor's office on April 5, 2006 to get my plats and filed my permit application along with three copies of the drawing of my sign and my plat, as I had been instructed.

21.    On or about April 7, 2006 I received in the mail the original sign permit application that I had mailed to the DCRA on March 20, 2006.  Enclosed with my original application was a blank form entitled "Application for Construction Permits on Private Property."  The mailing did not contain any accompanying letter or explanation.  A true and accurate copy of that mailing is appended hereto as Attachment 4.

22.    Since my sign has been on my lawn, dozens of people walking by on the street have stopped to read the sign and inquired about it.  All of them have expressed their support for my protest and their opposition to the zoning decision and the pending development.

23.    The sign remains on my porch.

24.     I fear both civil fines and criminal prosecution for the exercise of my free speech rights.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 27th day of April, 2006.

Linda J. Gusfitus
4716 Ellicott Street, N.W.
Washington, D.C. 20016

6

# Gustitus Affidavit

# Attachment 1

# -

# Picture



# Gustitus Affidavit

# Attachment 2

## -

# Notice of Violation

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATIONS ADMINISTRATION**

941 North Capitol Street, NE – Suite 2000 – Washington, DC 20002 – 202-442-4460

**NOTICE OF VIOLATION AND NOTICE TO ABATE**

| ADDRESS OF VIOLATION LOT/SQUARE | 4716 ELLICOTT STREET NW | RAPIDS CONTROL N0. | |
|---|---|---|---|
| BUSINESS NAME | | TYPE OF INSPECTION | |
| OWNERS NAME AND ADDRESS | ROBERT JOHNSEN 4716 ELLICOTT STREET NW WASHINGTON DC 20016 | [X]  CONSTRUCTION | |
| DATE INSPECTION  2/23/06 | TIME OF INSPECTION  12:15 PM | [ ]  ELECTRICAL [ ]  FIRE PROTECTION [ ]  PLUMBING [ ]  OTHER   ILLEGAL CONSTRUCTION | |

| An inspection of the | [X]  Construction | [ ]  Electrical | [ ]  Fire Protect | [ ]  Plumbing | [] Other |
|---|---|---|---|---|---|

featured at the above address was performed on the above date.  The inspection revealed the violation(s) cited hereafter.  The owner is required to abate the violation(s) by taking the corrective action(s) specified below:

| CODE SECTION | VIOLATION | REQUIRED CORRECTIVE ACTION |
|---|---|---|
| DCMR12 SECTION 105.1.8 | SIGN PERMITS: A SIGN PERMIT IS REQUIRED TO INSTALL OR ALTER A SIGN OR OTHER ADVERTISING DEVICES. | OBTAIN PERMIT FOR SIGN ON PROPERTY |
| | | |
| | | |
| | | |

THE CITED VIOLATION (S) MUST BE ABATED AS ORDERED WITHIN []  ___HOURS  [X]__15__ DAYS FROM RECEIPT OF THIS NOTICE.  FAILURE TO COMPLY WILL RESULT IN THIS NOTICE BEING FORWARDED TO ENFORCEMENT FOR ACTION.
**SUBJECT TO A $2,000 FINE**

| NAME OF PERSON NOTIFIED (Please Print) | | DATE OF RECEIPT OF NOTICE | |
|---|---|---|---|
| SIGNATURE OF PERSON RECEIVING NOTICE | *Construction Inspector* | POSITION | |
| | | TELEPHONE | |
| INSPECTOR (PRINT) | OLGIE ANTOINE  *442-9557* | INSPECTORS TELEPHONE | 202-442-4606OR 202-442-9557 |
| INSPECTORS BADGE #  563 | DATE OF NOTICE  2/24/06 | | |

*TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL, CALL THE INSPECTOR GENERAL AT 1-800-521-1639*
*ALL CALLS ARE CONFIDENTIAL.*

# Gustitus Affidavit

# Attachment 3

-

# Request for Hearing

March 20, 2006

Office of Administrative Hearings
P.O. Box 77718
Washington, D.C. 20013-8713

REQUEST FOR HEARING

We received the enclosed notice of violation on March 4, 2006. On March 8, 2006, I came down with the flu and was sick in bed for 5 days. When I was able, I called the inspector, Olgie Antoine, to inquire about the violation. He called me back to tell me that the notice of violation was wrong, because the code section was wrong – and that the sign was still illegal, because it was a protest sign as opposed to a political sign. I asked him what code section the signs violated. He said he didn't know. I asked if he would call me back to tell me, and he said he would. This conversation took place on Friday morning, March 17. I have called and left messages for Mr. Antoine twice since that Friday call, but I have not heard from him.

I would like a hearing on this matter, as the original notice of violation is apparently in error, and we have not been told what section of the code our sign is currently violating.

I understand that my request for this hearing is one day beyond the 10 business days provided, but I ask for an extension because I was sick and because I was informed by the inspector that the notice of violation was invalid.

I look forward to a hearing on this matter to get the facts straight. Thank you.

*Linda Gustitus*

Linda Gustitus/Robert Johnsen
4716 Ellicott Street, N.W.
Washington, D.C. 20016
(202) 363-3928

# Gustitus Affidavit

# Attachment 4

-

# Mailing from DCRA

★ ★ ★ **DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**

GOVERNMENT
OF THE DISTRICT
OF COLUMBIA

BLRA 88

BUILDING AND LAND REGULATION ADMINISTRATION
941 NORTH CAPITOL STREET, N.E., 2ND Floor
WASHINGTON, D.C. 20003
TEL 202 442 4470    FAX 202 442 4862

| QUEUE No: |
| --- |

# SIGN    **SIGN PERMIT APPLICATON**

| CERT of OCCUP No: |
| --- |

| DATE: 3/12/06 | ADDRESS OF SIGN(S): 4716 Ellicott St., NW | LOT: 0814 | SQUARE: 1539 | SUITE: | WARD 3 | ZONE |
| --- | --- | --- | --- | --- | --- | --- |

| Name of Business Owner: Linda Gustitus | Address of Business Owner: 4716 Ellicott St. N.W. | Phone No. 202-363-3928 |
| --- | --- | --- |

| Name of Business: Self | Type of Business: Home | Phone No. |
| --- | --- | --- |

| Name of Agent: N/A | Address of Agent: | Phone No. |
| --- | --- | --- |

| Name of sign contractor: N/A | Address of sign contractor: | Lic No. | Phone No. |
| --- | --- | --- | --- |

| Type of Work:<br>• Sign replacement<br>• (New sign)<br>• Face Change.<br>• New sign box | No. of signs 1 | Type of sign:<br>• (Wall sign)<br>• A-frame<br>• Pole<br>• Double faced<br>• other | Material of sign: Plywood | Electric sign:<br>• Yes<br>• (No) | Power _____VA | Type of Elec. sign:<br>• Incandesc.<br>• Fluorescent<br>• Neon |
| --- | --- | --- | --- | --- | --- | --- |

| Name of Electrical Contractor: N/A | Lic No. | Address of Electrical Contractor: | Phone No. |
| --- | --- | --- | --- |

| Master Electrician's Signature: | Print Name | Date: |
| --- | --- | --- |

| # | Length (ft.) | Width (ft.) | Are a (sq ft) | Total Area of Sign(s) | Is sign above 1st story? • Yes • (No) | | Color: Tan w/ Black Letters |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 48" (4') | 25" (21") | 8 | 8 | Comments: This is a homemade, temporary sign, responding to activity across the street from my house. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OWNER:** I hereby certify that I am the owner of the property; that the application and plans are complete and correct to the best of my knowledge; and that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia.

Signature of Owner _~Gustitus~_ Print Name __Linda Gustitus__ Date _3/12/06_

**Agent:** I hereby certify that I have the authority of the owner to make this application. I declare that the application and plans are complete and correct to the best of my knowledge. The owner has assured me that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations and other applicable laws and regulations of the District of Columbia.

Signature of Agent _____Print Name_____Date_____

**TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL,
CALL THE INSPECTOR GENERAL AT 1-800-521-1639. ALL CALLS ARE CONFIDENTIAL.**

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUMBER | PERMIT NUMBER | |
|---|---|---|---|---|---|
| N.C.P.C. No: | O.G. No: | | | | By: |
| H.P.A. No: | S.L. No: | Ward No: | Receipt No: | Date: | Receipt No: |

★ ★ ★ **GOVERNMENT OF THE DISTRICT OF COLUMBIA**

BLRA-33
(Rev. 2/04)

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
BUILDING AND LAND REGULATION ADMINISTRATION PERMIT SERVICE CENTER
Tel 202-442-4589  Fax 202-442-4862

**APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY**
(PRINT IN INK OR TYPE, DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

CLEARANCE TO FILE
By_____Date____

ERASING, CROSSING OUT, WHITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION

**(A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27**

| 1 Address of Proposed Work: | | | Suite No. | 2. Lot | 3. Square | 4. Application Date |
|---|---|---|---|---|---|---|

| 5 Owner of Building or Property | 6 Address *(include Zip Code)* | 7 Phone |
|---|---|---|

| 8 Agent for Owner: *(if applicable)* | 9. Address *(include Zip Code)* | 10. Phone |
|---|---|---|

**11. Type of Proposed Work** (check all applicable boxes)

☐ New Building    ☐ Retaining Wall
☐ Addition    ☐ Fence
☐ Alteration and Repair    ☐ Shed
☐ Raze Building    ☐ Awning

☐ Garage
☐ Sign
☐ Projection
☐ Other *(Specify)* _____

*False statements or misrepresentation of facts on a permit application and/or plans is subject to criminal penalties pursuant to DC law 22-2405*

**12. Description of Proposed Work**

| 13 Existing Use(s) of Building or Property | 14 Ex. No of Stories of Bldg | 15 Ex No of Dwelling Units | **Official Use Only** Miscellaneous FEE $ |
|---|---|---|---|
| 16 Proposed Use(s) of Building or Property | 17 Prop No of Stories of Bldg | 18 Prop. No of Dwelling Units | By:    Date: |

| 19 Starting Date | 20 Completion Date of work | 21 Method of Removing Construction Debris [ ] Pick-up Truck   [ ] Dumpster [ ] Other *(specify)* | 22 Does the proposed work involve **disturbing the earth** or razing a building? [ ] Yes, answer q. 23 [ ] No, SKIP q. 23-27 |
|---|---|---|---|
| 23. Is the area of disturbed earth more than 50 sq. ft? ☐ Yes, answer q. 24-25 ☐ No, SKIP q. 24-25 | 24. Soil Erosion Control Methods | 25. Area of Offsite Drainage _____ sq. ft | 26. No of Footings or Columns    27 Size of Footings or Columns |

**ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I)**

Complete Section B if the proposed work is **new building, addition or alteration.** (Page 2)
Complete Section C if the proposed work is a **razing a building.** (Page 2)
Complete Section D if the proposed work is a **retaining wall.** (Page 2)
Complete Section E if the proposed work is a **fence.** (Page 3)
Complete Section F if the proposed work is a **shed/garage.** (Page 3)
Complete Section G if the proposed work is an **awning.** (Page 3)
Complete Section H if the proposed work is a **sign.** (Page 3)

**OFFICIAL USE ONLY**

| | R | P | H | A | |
|---|---|---|---|---|---|
| M | | | | | |
| P | | | | | |
| E | | | | | W ☐ Yes ☐ No |
| F | | | | | **PLANS** |
| S | | | | | ☐ No ☐ Sm ☐ Lg |

Page 2

## (B) NEW BUILDING, ADDITION, & ALTERATION (COMPLETE ITEMS 28 THRU 60)

| 28. Architect's Name: | 29. D.C. Lic. No.: | 30. Architect's Address: *(include Zip Code)* | 31. Phone: |
|---|---|---|---|

| 32. Engineer's Name: | 33. D.C. Lic. No.: | 34. Engineer's Address: *(include Zip Code)* | 35. Phone |
|---|---|---|---|

| 36. Building Contractor's Name: | 36A. D.C. Lic. No. | 37. Contractor's Address | 38. Phone: |
|---|---|---|---|

**39. Type of Construction**
☐ Masonry  ☐ Steel
☐ Wood  ☐ Other
☐ Concrete

**40. Fire Suppression:**
☐ Fully Sprinkled  ☐ Standpipe System
☐ Partially Sprinkled  ☐ None
☐ Other _____

**41. Booster Pump**
☐ New
☐ Existing
☐ None

**42. Total Lot Area**
_____ sq. ft.

**43. Breakdown of Lot Area ( = 100 %)**

| | |
|---|---|
| a. building | % |
| b. paved area | % |
| c. greenery | % |

| 44. Present Gross Floor Area of Bldg. _____ sq. ft | 45. Proposed Gross Floor Area of Bldg. _____ sq. ft. | 46. Floors involved in this permit ☐ All  ☐ Floors _____ | 47. Projection beyond building line? ☐ Yes, Answer q. 48 -52  ☐ No. SKIP q. 48-52 |
|---|---|---|---|

| 48. Number and type of projection: | 49. Distance of projection: | 50. Width of projection: | 51. Width of building frontage _____ ft. |
|---|---|---|---|
| | | | 52. Signature of Owner (projection only): |

| 53. Water or Sewer Excavation? ☐ Yes ☐ No | 54. Driveway Construction? ☐ Yes ☐ No | 55. Sheeting/Shoring Necessary? ☐ Yes ☐ No | 56. Elevators Involved? ☐ Yes, answer q. 57 ☐ No | 57. No and type of elevator | 58. Plans Certified by Engineer? ☐ Yes, cert. attached ☐ No |
|---|---|---|---|---|---|

**59. Estimated Cost of Work**

(a) New/Add.: $ _____
(b) Alt / Repair $ _____

Total    $ _____

**60. Volume of New Bldg. or Addition** _____ cubic ft.

### OFFICIAL USE ONLY

| Alter/Repair FEE | New Const. FEE | Filing Fee | TOTAL PERMIT FEE |
|---|---|---|---|
| $ | $ | $ | $ |
| By:   Date: | By:   Date: | By:   Date: | By:   Date: |

## (C) RAZING A BUILDING (COMPLETE ITEMS 61 THRU 83)

| 61. Raze Contractor's Name: | 62. Contractor's Address: *(include Zip Code)* | 63. Phone: |
|---|---|---|

| 64. Insurance Company | 65. Policy or Cert. Number | 66. Expiration Date | 67. Raze Method |
|---|---|---|---|

| 68. Building Material | 69. Raze Entire Building? ☐ Yes ☐ No | 70. Building Condemned? ☐ Yes ☐ No | 70A. Building Vacant? ☐ Yes ☐ No | 71. Public Space Vault? ☐ Yes ☐ No | 72. Disconnect Water and/or Sewer? ☐ Yes ☐ No | 73. Size of Water Connection _____ in. |
|---|---|---|---|---|---|---|

| 74. Plumber's Name: | 75. D.C. Lic. No. | 76. Length _____ ft. | 77. Width _____ ft. | 78. Height _____ ft. | 79. Volume | 80. Party Wall? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|

| 81. Asbestos in the Building? ☐ No ☐ Yes, location _____ _____ | 82. Raze Contractor Signature | **OFFICIAL USE ONLY** |
|---|---|---|
| | 83. Owner's Signature | FEE   By:   Date: $ |

## (D) RETAINING WALL (COMPLETE ITEMS 84 THRU 93) The retaining wall will not obstruct any accessible parking required by D.C. Zoning Regulations

| 84. Cost of Work $ | 85. Material: | 86. Height | 87. Color | 88. Location: ☐ Entirely on Owner's Land  ☐ Party Line with Adjacent Neighboring Land * |
|---|---|---|---|---|

\* If party wall, the owner of the adjoining property must agree to the erection of the retaining wall and this application

| 89. Signature of Adjoining Owner: | 90: Phone: Home _____ Work | **OFFICIAL USE ONLY** |
|---|---|---|
| 91. Address of Adjoining Owner: | 92. Lot:  93. Square: | FEE   By:   Date: $ |

# INSTRUCTIONS FOR ENVIRONMENTAL INTAKE FORM

The Environmental Policy Act of 1989 (DC Code Sec. 6-981, DC Law 8-36) requires that District of Columbia agencies consider the environmental impact of all proposed major actions prior to issuing any approvals for such actions. The purpose of the Environmental Intake Form is to screen all applications for permits to ensure compliance with the Environmental Policy Act. Every applicant for a building permit must complete this form for submission with the application for a permit. A copy of the Regulations of the Environmental Policy Act of 1989 is available for review in the Permit Service Center, Room 2300, 941 North Capitol Street NE. Or you can visit www.dcra.dc.gov on the Internet to find forms, laws and regulations, maps and links to other websites that provide information related to environmental policy review.

Department of Consumer and Regulatory Affairs (DCRA) staff will review the Environmental Intake Form to determine whether or not an Environmental Impact Screening Form (EISF) is required. If a determination is made that an EISF is not required, the application for a permit will proceed through its normal reviews. If a determination is made that an EISF is required, no permit can be issued until interagency reviews of the EISF are completed, and a determination is made by the Director of DCRA that the proposed action will not result in substantial negative impact.

Following are line-by-line instructions and resources for completing the Environmental Intake Form. Note that in addition to the resources provided below, all District of Columbia laws and regulations are available at local DC public libraries. Also note that all phone numbers provided are within the (202) area code.

1.  **Is this a solid waste facility?**
    - If the answer is yes, see the EIS Coordinator.
    - If the answer is no, proceed to the next question.
2.  **Does the owner of this site own adjacent or abutting property?**
    - If the answer is yes, submit a site plan to the EIS Coordinator, DCRA. If there are no plans to develop the adjacent or abutting property within the next three years, prepare an explanation and submit to the EIS Coordinator.
    - If the answer is no, proceed to question # 2.
3.  **Does the owner of the site plan to acquire property that is adjacent to or abutting this site within the next three years?**
    - If the answer is yes, submit a site plan to the EIS Coordinator, DCRA. If such plans are not yet available, prepare an explanation and submit to the EIS Coordinator.
    - If the answer is no, proceed to question # 3.
4.  **Is additional development planned by the applicant for any site within the same square during the next three years?**
    - If the answer is yes, submit a site plan to the EIS Coordinator, DCRA . If such plans are not yet available, prepare an explanation and submit to the EIS Coordinator.
    - If the answer is no, proceed to question # 4.
5.  **Is this project a residential structure within the R-1 through R-5-A zoning districts?**
    - If the answer is yes, go directly to the signature line.
    - If the answer is no, proceed to the next question.
    - If you don't know the zoning for this property, ask to speak to the Zoning Technician in Room 2300. In addition, the Zoning Regulations and zoning maps are available on the Internet at www.dcoz.dcgov.org.
6.  **Is this project a single-family structure that is not in conjunction with the building of two or more units?**
    - If the answer is yes, go directly to the signature line.
    - If the answer is no, proceed to the next question.
7.  **Is this project an accessory structure such as a garage, patio, swimming pool or fence?**
    - If the answer is yes, go directly to the signature line.
    - If the answer is no, proceed to the next question.
8.  **Is the project solely an interior renovation with no change in the use of the building?**
    - If the answer is yes, go directly to the signature line.
    - If the answer is no, proceed to the next question.
9.  **Is the project located in an Economic Development Zone, as defined in DC Code 5-1401 et seq (DC Law 7-177)?**
    - If the answer is yes, go directly to the signature line.
    - If the answer is no, proceed to the next question.

- For reference, a map of the Economic Development Zones is located in the Permit Service Center, Room 2300, 941 North Capitol Street NE. A copy of DC Law 7-177 is available from the Office of Documents, 441 4th Street NW.

10. **Is the project located within the Central Employment Area as defined in DC Zoning Regulations? (Title 11 DCMR)**
   - If the answer is yes, go directly to the signature line.
   - If the answer is no, proceed to the next question.
   - For reference, a map of the Central Employment Area is located in the Permit Service Center, Room 2300, 941 North Capitol Street NE. The DC Zoning Regulations are available on the Internet at www.dcoz.dcgov.org.

11. **Does the project involve only the operation, repair, maintenance, or minor alteration of public structures, facilities, mechanical equipment, or topographical features and involve negligible or no expansion of use beyond that previously existing?**
   - If the answer is yes, go directly to signature line.
   - If the answer is no, proceed to question # 8.

12. **Has an Environmental Impact Statement been prepared under the National Environmental Policy Act of 1969 (NEPA), or a determination made that no EIS is needed, or has the functional equivalent of an EIS been prepared?**
   - If the answer is yes to any question, please submit appropriate documentation for review by DCRA's EIS Coordinator.
   - If the answer is no, proceed to question # 9.

13. **Is an exemption claimed from the requirement to submit an Environmental Impact Screening Form pursuant to any section of DC Municipal Regulations, Chapter 72 that is not referred to in this form?**
   - If the answer is yes, describe the exemption and cite the relevant section of the regulations on an attachment. A copy of Title 20, DC Municipal Regulations, Chapter 72 (the Environmental Policy Act regulations) is available for review in the Permit Service Center, Room 2300, 941 North Capitol Street NE.
   - If the answer is no, proceed to question # 13..

14. **Does the total cost of the project exceed $1.42 million, including site preparation and construction?**
   - If the answer is yes and no exemption applies, an EISF is required.
   - If the answer is no, you must state the cost of the entire project. The construction cost is <u>not</u> the cost of the project.

15. **Is the cost of this activity <u>$1. 42 million or less?</u>**
   If yes, please answer # 14A through # 14G and proceed to signature line.
   A. Does the project site contain any species of plant or animal that is identified as threatened or endangered?
      - Three species listed as threatened or endangered in the District of Columbia are: the bald eagle, Hay's Spring amphipod, and the shortnose sturgeon. Please call the Fisheries and Wildlife Division of the Department of Health at 535-2266 if you have further questions.
   B. Are any streams, lakes, ponds, springs or wetlands within or contiguous to the project site?
      - If uncertain, you may visit the Internet at www.dchealth.com\EHA\wqd\reports\htm -- or call the Water Quality Division of the Department of Health at 535-2190.
   C. Will the project result in an emission of odorous or other air pollutants from any source?
      - Call 535-2506 if you have any questions.
   D. Will this action involve the use, production or disposal of hazardous substances as defined in 20 DCMR 7299?
      - For further information, please call 535-2289.
   E. Will construction be on land where the depth to the water table is less than 3 feet?
      - For information, you may call 535-2190.
   F. Will blasting occur as part of the project?
      - For information, call 442-4365.
   G. Will the project generate medical, infectious, radioactive or hazardous waste?
      - For information, call 535-2270.

4/2004

**DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS**
**Building and Land Regulation Administration**

## ENVIRONMENTAL INTAKE FORM

| Project Name: | Project Address: | | Lot: | Square: |
|---|---|---|---|---|
| Filed Job Application # (if applicable): | Project Description: | | | |

Owner: _____ Date: _____

Owner's address and phone #: _____

Authorized agent: _____

Address and Phone # of authorized agent: _____

| Scope of the Project | Yes | No | Instructions |
|---|---|---|---|
| 1. Is this a solid waste facility? | | | If yes, see EIS Coordinator |
| 2. Does the owner of this site own adjacent or abutting property? | | | If yes, submit a site plan to EIS Coordinator, DCRA. If no plan exists, submit written explanation to EIS Coordinator, DCRA. |
| 3. Does the owner of this site plan to acquire property that is adjacent to or abutting this site within the next three years? | | | If yes, submit a site plan to EIS Coordinator, DCRA. If no plan exists, submit written explanation to EIS Coordinator, DCRA. |
| 4. Is additional activity planned by the applicant for this site or any site within the same square during the next three years that requires a permit? | | | If yes, submit a site plan to EIS Coordinator, DCRA. If no plan exists, submit written explanation to EIS Coordinator, DCRA. |
| 5. Is this a residential project within the R-1 through R-5-A zoning districts? | | | If yes, skip to signature line. |
| 6. Is this project a single-family residence that is not in conjunction with the building of two or more units? | | | If yes, skip to signature line. |
| 7. Is this project an accessory structure such as a garage, patio, swimming pool or fence? | | | If yes, skip to signature line. |
| 8. Is the project solely an interior renovation with no change in the use or capacity of the structure being renovated? | | | If yes, skip to signature line. |
| 9. Is the project located in an Economic Development Zone, as defined in DC Code 5-1401 et seq (DC Law 7-177)? | | | If yes, skip to signature line. |
| 10. Is the project located within the Central Employment Area as defined in DC Zoning Regulations? (Title 11DCMR) | | | If yes, skip to signature line. |
| 11. Does the project involve only the operation, repair, maintenance, or minor alteration of public structures, facilities, mechanical equipment, or topographical features and involve negligible or no expansion of use beyond that previously existing? | | | If yes, skip to signature line. |
| 12. Has an Environmental Impact Statement (EIS) been prepared pursuant to the National Environmental Policy Act of 1969 (NEPA), or a determination made that no EIS is needed, or has the functional equivalent of an EIS been prepared? | | | If yes, submit documentation to EIS Coordinator, DCRA. |

-OVER-

| Scope of the Project | Yes | No | Instructions |
|---|---|---|---|
| 13. Is an exemption claimed from the requirement to submit an Environmental Impact Screening Form pursuant to Title 20, Sec. 7202 that is not referred to in this form? If yes, describe the exemption and cite the relevant section of the regulations on an attachment. | | | If yes, describe on an attachment and submit to EIS Coordinator, DCRA. |
| 14. Does the total cost of the project exceed $1.51 million, including site preparation and construction? | | | If yes, and no exemption claimed, Environmental Impact Screening Form (EISF) required. |
| 15. Is the cost of this project $1.51 million or less? If yes, please answer all of the following questions: | | | If yes, complete A through G. |
| A. Does the project site contain any species of plant or animal that is identified as threatened or endangered? | | | If yes, EISF required. |
| B. Are any streams, lakes, ponds, springs or wetlands within 100 feet of the project site? | | | If yes, EISF required. |
| C. Will the project result in an emission of odorous or other air pollutants from any source, including VOCs? | | | If yes, EISF required. |
| D. Will this action involve the use, production or disposal of hazardous substances as defined in 20 DCMR 7299? | | | If yes, EISF required. |
| E. Will construction be on land where the depth to the water table is less than 3 feet? | | | If yes, EISF required. |
| F. Will blasting occur as part of the project? | | | If yes, EISF required. |
| G. Will the project generate medical, infectious, radioactive or hazardous waste? | | | If yes, EISF required. |

I certify that all of the statements on this application are true and complete to the best of my knowledge and belief. I agree to comply with all applicable laws and regulations of the District of Columbia. The making of false statements on this application is punishable by criminal penalties. (DC Code Sec. 22-2514)

_____          _____
Signature of Owner/Authorized Agent                              Date

**OFFICIAL USE ONLY**

Environmental Impact Screening Form required: Yes _____ No _____ Referred to EIS Coordinator _____

DCRA Reviewer _____ Date _____

**If yes, submit to EIS Coordinator
Department of Consumer and Regulatory Affairs
Building and Land Regulation Administration**

Comments _____

_____

*NOTE: APPROVAL OF A BUILDING PERMIT IS NOT SYNONYMOUS WITH APPROVAL OF AN ACTION OR ENTIRE PROJECT UNDER THE ENVIRONMENTAL POLICY ACT OF 1989. IF THE APPLICANT BUILDS ON THE SAME, ADJACENT OR ABUTTING PROPERTY OR EXPANDS UPON THE WORK DESCRIBED IN THE INSTANT APPLICATION OR PLANS AND SPECIFICATIONS WITHIN THREE YEARS, AN ENVIRONMENTAL IMPACT SCREENING FORM MAY BE REQUIRED FOR THE ENTIRE PROJECT, INCLUDING THE PORTION ENCOMPASSED BY THIS APPLICATION AND PERMIT APPROVAL. FURTHER, IF THE ACTION IS IN VIOLATION OF ANY FEDERAL OR DISTRICT LAWS PERTAINING TO THE ENVIRONMENT, AN EISF CAN BE REQUIRED.*

**TO REPORT WASTE, FRAUD, OR ABUSE BY ANY DC GOVERNMENT OFFICE OR OFFICIAL, CALL THE INSPECTOR GENERAL ON 1- 800- 521-1639**

| 9/2004 |

BLRA 33C

# CONTRACT AGREEMENT

Name of Contractor/Owner_____ Contractor's License No._____

Address of Contractor/ Owner_____ Date:_____

| ADDRESS OF PROPOSED WORK | LOT: |
| | SQUARE: |
| OWNER OF BUILDING OR BUSINESS: | PHONE No: |

DESCRIPTION OF PROPOSED WORK:

| CONSTRUCTION COST ESTIMATE | | |
|---|---|---|
| CONSTRUCTION    e.g drywall, ceilings, framing, carpentry etc | $ | |
| ELECTRICAL | $ | |
| MECHANICAL | $ | |
| PLUMBING | $ | |
| FIRE PROTECTION e.g sprinkler system, fire alarm system, generator etc. | $ | |
| DEMOLITION | $ | |
| MISC/OTHER  (please specify) | $ | |
| TOTAL | $ | |

The labor and material costs of counter tops, kitchen cabinets, floor coverings, tile work, caulking, patching and plaster repair, painting other than fire retardant paint, gutters and downspouts, not more than 160 square feet of gypsum board shall not be included in the cost estimate for permitting purposes. The entire list can be seen in the 1999 D.C Building Supplement Chapter 1 Section 107.3.

The foregoing terms, specifications and conditions are satisfactory and hereby agreed to. You are authorized to work as specified and payment will be made in the amount as outlined. Upon signing this agreement, the owner represents and warrants that he or she is the owner or the authorized agent of the owner of the aforesaid premises and that he or she has read this agreement.

CONTRACTOR_____ Date:_____
                    Signature & print

OWNER OF
BUILDING/BUSINESS_____ Date:_____
                    Signature & print

Upon signing this document, the owner and contractor declare that the cost of construction as specified above for the referenced project is true and correct to the best of their knowledge

Please fill out this agreement form in accordance with D.C Construction Code Supplement 1999, Chapter 1 Section 112.1.

# ENVIRONMENTAL HEALTH ADMINISTRATION
## CONSTRUCTION PERMIT APPLICATION – SUPPLEMENTAL FORM – ENVIRONMENTAL QUESTIONNAIRE

PROJECT ADDRESS: _____ LOT: _____ SQUARE: _____

PROJECT DESCRIPTION: _____

_____

Note: please answer all 12 questions in this questionnaire, by checking either column "Yes" or "No" for each question. If you answer "Yes" to any of the questions, you should contact the corresponding office(s) indicated in column 'contact person/office' as soon as possible. Until this application is reviewed and approved by the concerned office(s), the permit will not be issued.

| SCOPE OF PROJECT | YES | NO | CONTACT PERSON/OFFICE | OFFICE USE (Initial/Date) |
|---|---|---|---|---|
| 1. Will the proposed use involve the construction of a facility for the handling, transfer, storage, disposal or treatment of solid waste, medical waste, or recyclable materials? | | | (202) 535-2260, EIS Coordinator, EHA | |
| 2. Will the work to be performed involve the assessment or clean-up of soils associated with the release of materials from an underground storage tank (UST)? | | | (202) 535-2525, Underground Storage Tank Division, EHA (202) 535-2250, Air Quality Division, EHA | |
| 3. Will the work to be performed involve the assessment or clean-up of groundwater associated with the release of materials from an underground storage tank (UST)? | | | (202) 535-2525, Underground Storage Tank Division, EHA (202) 535-2190, Water Quality Division, EHA (202) 535-2250 Air Quality Division, EHA | |
| 4. Will the proposed project involve the installation or drilling of wells other than for the purpose stated in questions 3 and 4? | | | (202) 535-2190, Water Quality Division, EHA | |
| 5. Will the proposed project involve the generation, treatment, storage, disposal or transportation of chemicals or other substances which may be considered hazardous? | | | (202) 535-2290, Hazardous Waste Division, EHA | |
| 6. Will the proposed project involve construction that will disturb the sediment in rivers, streams or wetlands? | | | (202) 535-2190, Water Quality Division, EHA | |
| 7. Will the work to be performed involve the installation, removal, abandonment, or repair of an underground storage tank (UST) system? | | | (202) 535-2525, Underground Storage Tank Division, EHA | |
| 8. Will the proposed project result in the discharge into the air of gases, dust, or the creation of any objectionable odors? | | | (202) 535-2250, Air Quality Division, EHA | |
| 9. Will the proposed project involve the removal, handling, transportation, disposal, or encapsulation of asbestos? **Please bring with you a copy of your asbestos survey, ten-day notification form, and asbestos abatement permit fee | | | (202) 535-2250, Air Quality Division, EHA | |
| 10. Was the building built before 1978? (Lead paint may be present) | | | If you answer "Yes" to this question, please answer the questions and follow the instructions on the "Lead Hazard Control Questionnaire" to determine if you need a permit to conduct a Lead Abatement Project | |

## AFFIDAVIT

I hereby certify that I have the authority of the owner of the property to make this application. I declare that the answers to the above questions in this Questionnaire are complete and correct to the best of my knowledge.

Signature _____    Name (print) _____

Address _____    Date _____    Phone _____

| OFFICE USE ONLY |
|---|
| COMMENTS AND PERMIT RESTRICTIONS: _____ |
| _____ |
| _____ |

(USE REVERSE IF NECESSARY)
EHA Form # 99-1300 – Revised 03/01

# DEPARTMENT OF HEALTH
## ENVIRONMENTAL HEALTH ADMINISTRATION
### LEAD HAZARD CONTROL PERMIT QUESTIONNAIRE AND EXEMPTION FORM

Project Address: _____

Name of Owner(s): _____   Name of Contractor: _____

Phone Number: _____  Square #: _____  Lot #: _____  Ward #: _____

Project Start Date: _____   Project End Date: _____

Building Type:  Commercial -                    Government -

| | | |
|---|---|---|
| Office ☐ | Federal ☐ |
| Mixed Use (Explain) ☐ | District ☐ |
| Residential - | Institutional - |
| Multi-family ☐ | Hospital ☐ |
| Single-Family ☐ | Museum ☐ |
| Elderly or handicapped ☐ | School/Child Development ☐ |

1. Is the project planned in response to a child being identified as lead poisoned? YES ☐ NO ☐

2. Is the project designed to eliminate or reduce lead-based paint hazards in a pre-1978 building or structure? YES ☐ NO ☐

If you answer "YES", contact the Lead Division at 51 N Street, N.E., 3rd Floor (202) 535-2637 for a lead-based paint control permit application and notification form, unless an exemption listed below applies. If you answer "NO", a permit is not required, but you are required to answer the following questions:

| | | | |
|---|---|---|---|
| 1. Is the project disturbing deteriorated lead based paint on surfaces totaling **more than 2 square feet per room, or 20 square feet on exterior surfaces, or 10%** of a building component with a small surface (such as a small painted window frame) involving the following: | | | |
| A.  Removal and replacement of lead-based paint components, e.g. windows, doors and baseboards? | | | |
| B. Onsite stripping and removal of lead-based paint? | | | |
| C.  Partial demolition or gutting of building? | | | |
| 2. Does the project involve the removal and covering of lead-contaminated soil? | | | |

## EXEMPTIONS

Please indicate the applicable exemption from the following list:

- ☐  Individuals who perform lead-based paint activities at residences which they own, unless the residence is occupied by a person or persons other than the owner or the owner's immediate family; unless any child under the age of 8 years resides, is expected to reside in, or regularly visits such housing.
- ☐  Housing for the elderly or persons with disabilities, unless any child under the age of 8 years resides, is expected to reside in, or regularly visits such housing.
- ☐  Any (0)-bedroom unit, such as an efficiency apartment.

## AFFIDAVIT

I declare that the information provided is accurate, true and complete to the best of my knowledge and belief, and/or I have the authority to represent the owner of the property to answer this application and sign on behalf of the company and/or persons listed as owners. I understand that if such information contained in this application is false, I am subject to the penalty provisions of D.C. Law 11-221. Any fraud or misrepresentation on an application shall be grounds for automatic rejection and/or civil administrative penalties. I understand that failure to provide full disclosure of any of the requested or required information may result in rejection of this application for approval.

_____          _____
SIGNATURE                                                        DATE

_____
PRINT NAME

Page 3

## (E). FENCE (COMPLETE ITEMS 94 THRU 102) The fence will not obstruct any accessible parking required by D.C. Zoning Regulations

| 94. Material and type: | 95. Height ft. | 96. Color: | 97. Location: ☐ Entirely on Owner's Land ☐ Party Line with Adjacent Neighboring Land * |
|---|---|---|---|

\* If party fence, the owner of the adjoining property must agree to the erection of the fence and this application

| 98. Signature of Adjoining Owner: | 99. Phone: Work | | OFFICIAL USE ONLY |
| | Home | | FEE |
| | 101. Lot | 102. Square | $ |
| 100. Address of Adjoining Owner: | | | By:            Date: |

## (F) SHED OR GARAGE (COMPLETE ITEMS 103 THRU 113)

| 103. Number | 104. Length: ft. | 105. Width ft. | 106. Area: sq.ft | 107. Height ft. | 108. Volume cu.ft | 109. Est. Cost of Work $ | OFFICIAL USE ONLY FEE |
|---|---|---|---|---|---|---|---|
| 110. Material of Roof | 111. Material of Sides | 112. Wall Thickness: ☐ External (    ) inches ☐ Party (    ) inches | | | 113. Color | | $    By:        Date: |

## (G) AWNING (COMPLETE ITEMS 114 THRU 123)

| 114. Number: | 115. Color | 116. Type: ☐ Folding ☐ Fixed | 117. Projections: Beyond bldg. line _____ in. Beyond pt of attachm _____ in | 118. Height of Lowest Part of awning | OFFICIAL USE ONLY FEE |
|---|---|---|---|---|---|
| 119. Material of Frame | 120. Material of Covering | 121. Lettering on awning? ☐ Yes ☐ No | 122. Fixed Posts? ☐ Yes ☐ No | 123. Over Side-walk café? ☐ Yes ☐No | (a) _____ ft above sidewalk (b) _____ ft above parking (c) _____ ft above grade | $    By:        Date: |

## (H) SIGN (COMPLETE ITEMS 124 THRU 144

| 124. Number | 125. Electric Signs? ☐ Yes, answer q. 126-132 ☐ No. SKIP  q. 126-132 | 126. Type: ☐ Incandes. ☐ Flouresc. ☐ Neon | 127. Power _____VA | 128. Electrical Contractor  License Number: |
|---|---|---|---|---|

| 129. Address of Electrical Contractor (include Zip) | 130. Signature of Licensed Electrician | 131. Phone No. | 132. License No. |
|---|---|---|---|

| 133. Height relative to building and ground | 134. Material of Sign | 135. Type of Sign | 136. Color |
|---|---|---|---|
| (a) _____ ft _____in above sidewalk (b) _____ ft _____in above roof (c) _____ ft _____in is building height (d) _____ ft _____in above projection of window (e) _____ ft _____in from roof to sign's bottom | 137. Width ft. | 138. Length ft. | 139. Area of Sign sq. ft |
| | | | 140. Wide of Business frontage ft. |

| 141. C of O No for Bldg. | 142. Sign Contractor:  License No. | OFFICIAL USE ONLY | | |
|---|---|---|---|---|
| 143. Sign Contractor's Address: | 144. Phone: | Sign FEE | Elect. FEE | Total FEE |
| | | $ | $ | $ |
| | | By:    Date: | By:    Date: | By:    Date: |

## (I) APPLICANT'S SIGNATURE

A.  OWNER: I hereby certify that I am the owner of the property, that the application and plans are complete and correct to the best of my knowledge, that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia.

Signature of Owner _____    Address _____    Date _____

B.  AGENT: I hereby certify that I have the authority of the owner to make this application. I declare that the application and plans are complete and correct to the best of my knowledge. The owner has assured me that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia

Signature of Agent _____    Address _____    Date _____

Page 4

## (J) APPROVALS (DO NOT WRITE ON THIS PAGE: OFFICIAL USE ONLY):

### A. PERMIT CONTROL

☐ 1. Fine Arts by:_____ Date:_____
☐ 2. Historic by:_____ Date:_____
☐ 3. Cap. Gateway by:_____ Date:_____
☐ 4. NCPC:_____ Date:_____
☐ 5. W.H./Obs. Precinct by:_____ Date:_____
☐ 6. Flood Control by:_____ Date:_____
☐ 7. WMATA by: _____ Date:_____
☐ 8. Condem. by:_____ Date:_____
☐ 9. Rental Accom. by: _____ Date:_____
☐ 10. Chinatown Distr. by:_____ Date:_____
☐ 11. Utility Clearance by:_____ Date:_____
☐ 12. General Liability Ins. Policy
    Clearance by:_____ Date:_____

### B. CLEARANCE TO FILE PLANS

☐ 1. Zoning by: _____ Date: _____

☐ 2. DDOT – Permit and Records Division
    Access to Parking Street ☐ Street    ☐ Alley

    Cleared by:_____ Date: _____

☐ 3. DDOT – Consumer Engineer

    Cleared by:_____ Date: _____
☐ 4. ERA – Erosion Control

    Cleared by: _____ Date: _____

Restrictions of the Permit:

### TO REPORT WASTE, FRAUD, OR ABUSE BY ANY D.C. GOVERNMENT OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT 1-800-521-1639

### C. PLANS AND APPLICATION APPROVAL

☐ 1. Information Counter by: _____ Date: _____
☐ 2. Information Center by: _____ Date: _____
☐ ☐ (a) ABRA by: _____ Date: _____
  ☐ (b) Noise Control by: _____ Date: _____
  ☐ (c) Industrial Safety by: _____ Date: _____
  ☐ (d) Vector Control by: _____ Date: _____
  ☐ (e) D.C. Animal by: _____ Date: _____
  ☐ (f) Police Dept. by: _____ Date: _____
☐ 3. Zoning by: _____ Date: _____
    Zoning Update by: _____ Date: _____
    Zoning Overlay approval by : _____ Date:_____
☐ 4. DDOT – Permit and Records Division/Deposit #
    Sidewalk Deposit $_____ Driveway Deposit $_____
    _____ Date _____
☐ 5. Water/Sewer Design Branch
    Consumer Eng. by: _____ Date _____
☐ 6. Environmental Regulation Administration
  ☐ Environmental Policy Review
    Control No. _____
    by _____ Date _____
  ☐ Erosion Control by:_____ Date _____
  ☐ Storm Water Mgmt. by: _____ Date _____
    Plan No _____
  ☐ Air Quality by:_____ Date _____
  ☐ Underground Storage by: _____ Date _____
☐ 7. Mechanical Eng. Review by: _____ Date _____
☐ 8. Plumbing Eng. Review by _____ Date _____
☐ 9. Electrical Eng. Review by: _____ Date _____
☐ 10. Health Plan Review
  ☐ (a) Food Plan Review by: _____ Date _____
  ☐ (b) Medical X-Ray Plan Rev.
    by: _____ Date _____
☐ 11. Fire Protection Plan Review
    by _____ Date _____
☐ 12. D.C. Fire Dept. (Fire Prevention Plan Review Section)
    by: _____ Date _____
☐ 13. Elevator Plan Rev. Sec. by:_____ Date _____
☐ 14. Plumbing Insp Rev. by: _____ Date _____
☐ 15. Construction Insp. Branch (Field Check)
    by: _____ Date_____
☐ 16. Historic Pres. Div. by: _____ Date _____
☐ 17 EISF: _____ Date _____
☐ 18. Structural Eng. by: _____ Date _____
☐ 19. Permit and Certificate Issuance Counter
    by: _____ Date _____

☐ 20. QC By: _____ Date _____

### ZONING

C of O Number _____ Date _____

Existing Use(s) _____

Proposed Use_____

_____

Job No.      BZA Case No      PUD Order No.

☐ New Bldg
☐ P.O.D.
☐ File in room 2124

### DDOT – PUBLIC SPACE

Street Name: _____

Street Width: _____

Road Width: _____

Sidewalk Width: _____

Parking: _____

Restrictions: _____