# Exhibit B

-

# Ramoy Affidavit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GUSTITUS, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRICK J. CANAVAN, ET AL. )<br>)<br>Defendants. )<br>) | Case No. _____ |

### AFFIDAVIT OF TINA S. RAMOY

I, TINA S. RAMOY, make oath and say as follows:

1. I am over 21 years of age and reside at 4725 Ellicott Street, N.W., Washington, D.C. 20016 with Lynne Parenti.

2. On or before March 4, 2006, Lynne Parenti and I placed a sign on our front lawn reading "Save AU Park, No McMansions." The sign is made of black paint on unpainted plywood and is 2' high and 4' wide. A true and accurate photograph of the sign is appended hereto as Attachment 1.

3. The sign was intended to voice my protest of, and to pass on information about, the recent zoning decision regarding, and pending subdivided development of, the neighboring property at 4717 Ellicott Street, N.W., Washington, D.C. 20016. Both my property at 4725 Ellicott Street, N.W. and the neighboring property at 4717 Ellicott Street, N.W. are zoned R-1-B, which, under the current regulations, requires lots that are 50' wide.

4. A zoning administrator's December 17, 2005 decision allows the property at 4717 Ellicott Street, N.W., originally planned as three 20' wide lots but developed with one single-family home, to be divided into two complementary "flag" lots, one with the existing house and

the second with plans to be developed with a second house closer to the alley. This decision is a cause of great concern to myself and other neighborhood residents because many of us chose to live in this neighborhood because of the spacious yards and the distance between houses and we feel that this decision would greatly impact the aesthetics and spaciousness of the neighborhood.

5. I believe that the zoning administrator's decision is incorrect. My sign is intended to raise awareness in the neighborhood about the zoning board's decision, and to alert potential buyers that at least some in the community will fight the development of the parcel through the judicial process.

6. On March 4, 2006, I received a "Notice of Violation and Notice to Abate" from the Department of Consumer and Regulatory Affairs of the District of Columbia. It was signed by Olgie Antoine, inspector, and it said that our property had been inspected on February 23, 2006 at 12:15 P.M. and that it was determined that our sign required a permit pursuant to DCMR 12, Section 105.1.8. It said we had 15 days to get the permit or we could be subject to a $2,000 fine. A true and accurate copy of the notice and my letter in response are attached to this Affidavit.

7. In response to this notice, on March 13, 2006, my partner, Lynne R. Parenti, visited the offices of the Department of Consumer and Regulatory Affairs at 941 North Capitol Street, N.E., and attempted, in good faith, to obtain a permit for the sign. First, she spoke with several staff at the office who told her to apply for a permit in the suite with contractors. The representatives in the suite with contractors reviewed the application and directed her to the Homeowners Center. The representatives in the Homeowners Center first told her that she did not need a permit for the sign but then told her that she did need a permit. They further informed her that to get a permit, she would have to obtain a new plat and supply photographs of the sign

in addition to the permit application. Because it takes up to four days to obtain a new plat, it was clear that we would be unable to obtain a permit within 15 days of receipt of the Notice of Violation.

8. Therefore, on March 17, 2006, Lynne R. Parenti and I wrote a letter to the Office of Administrative Hearings at 941 North Capitol Street, N.E., Suite 9100, Washington, D.C. 20002 requesting a hearing regarding the Notice of Violation in accordance with the procedures described in the "Failure to Correct Violations" notice that accompanied the Notice of Violation. True and accurate copies of the Notice of Violation and our letter in response are appended hereto as Attachments 2 and 3.

9. I delivered the letter with other conforming documents to the Office of Administrative Hearings and proceeded to the Department of Consumer and Regulatory Affairs Building Permit Office at 941 North Capitol Street, N.E., Suite 2300, to try again to obtain a permit. I spoke to "Bill" and asked him if I could obtain a permit for my sign and if I cold keep the sign up while I requested a hearing. Bill responded that I could not keep my sign up while my hearing request was pending, and that I could not receive a permit and must take the sign down. In response, I asked him if I could just cover up the sign instead. He said that he didn't know. I was unable to obtain a permit or information about how to get one.

10. Since my sign has been on my lawn, dozens of people walking by on the street have stopped to read the sign and inquired about it. All of them have expressed their support for my protest and their opposition to the zoning decision and the pending development.

11. The sign remains on my lawn.

12. I fear both civil fines and criminal prosecution for the exercise of my free speech rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24 day of April, 2006.

                                                      Tina S. Ramoy
                                                     4725 Ellicott Street, N.W.
                                                     Washington, D.C. 20016

# Ramoy Affidavit

# Attachment 1

# -

# Picture



# Ramoy Affidavit

# Attachment 2

# -

# Notice of Violation

# DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
# BUILDING AND LAND REGULATIONS ADMINISTRATION

941 North Capitol Street, NE – Suite 2000 – Washington, DC 20002 – 202-442-4460

## NOTICE OF VIOLATION AND NOTICE TO ABATE

| ADDRESS OF VIOLATION LOT/SQUARE | 4725 ELLICOTT STREET NW | RAPIDS CONTROL NO. | |
|---|---|---|---|
| BUSINESS NAME | | TYPE OF INSPECTION | |
| OWNERS NAME AND ADDRESS | T S Ramoy<br>4725 Ellicott Street, NW<br>Washington, DC 20016 | [X] | CONSTRUCTION |
| DATE INSPECTION | 2/23/06 | TIME OF INSPECTION 12:15 PM | [ ] ELECTRICAL<br>[ ] FIRE PROTECTION<br>[ ] PLUMBING<br>[ ] OTHER  ILLEGAL CONSTRUCTION |

An inspection of the [X] Construction [ ] Electrical [ ] Fire Protect [ ] Plumbing [ ] Other featured at the above address was performed on the above date. The inspection revealed the violation(s) cited hereafter. The owner is required to abate the violation(s) by taking the corrective action(s) specified below:

| CODE SECTION | VIOLATION | REQUIRED CORRECTIVE ACTION |
|---|---|---|
| DCMR12 SECTION 105.1.8 | SIGN PERMITS: A SIGN PERMIT IS REQUIRED TO INSTALL OR ALTER A SIGN OR OTHER ADVERTISING DEVICES. | OBTAIN PERMIT FOR SIGN ON PROPERTY |
| | | |
| | | |
| | | |

THE CITED VIOLATION(S) MUST BE ABATED AS ORDERED WITHIN [] ___HOURS [X] **15** DAYS FROM RECEIPT OF THIS NOTICE. FAILURE TO COMPLY WILL RESULT IN THIS NOTICE BEING FORWARDED TO ENFORCEMENT FOR ACTION. SUBJECT TO A $2,000 FINE

| NAME OF PERSON NOTIFIED (Please Print) | Tina S. Ramoy | DATE OF RECEIPT OF NOTICE | 3/4/06 |
|---|---|---|---|
| SIGNATURE OF PERSON RECEIVING NOTICE | J. Ramoy | POSITION | Owner |
| | | TELEPHONE | (202) 721 4775 |
| INSPECTOR (PRINT) | OLGIE ANTOINE | INSPECTORS TELEPHONE | 202-442-4606 OR 202-442-9557 |
| INSPECTORS BADGE # | 563 | DATE OF NOTICE 2/24/06 | |

*TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL, CALL THE INSPECTOR GENERAL AT 1-800-521-1639*
*ALL CALLS ARE CONFIDENTIAL.*

# FAILURE TO CORRECT VIOLATIONS

The Department of Consumer and Regulatory Affairs (DCRA) will conduct a re-inspection of the property on or around the time and/or date you are required to complete the corrections. If DCRA determines that you have failed to correct or abate the violation, this matter will be referred for correction under the authority of D.C. Official Code § 42-3131.01(a)(2003). Please be advised that this statute provides, in pertinent part, as follows:

> "Whenever the owner of any real property in the District of Columbia shall fail or refuse, after the service of reasonable notice in the manner provided in § 42-3131.03, to correct any condition which exists on or has arisen from such property in violation of law or of any regulations made by authority of law, with the correction of which condition said owner is by law or by said regulation chargeable, or to show cause, sufficient in the judgment of the Mayor of said District, why he should not be required to correct such condition, then, and in that instance, the Mayor of the District of Columbia is authorized to: Cause such condition to be corrected; assess the fair market value of the correction of the condition or the actual cost of the correction, whichever is higher, and all expenses incident thereto (including the cost of publication, if any, herein provided for) as a tax against the property on which such condition existed or from which such conditions arose, as the case maybe; and carried such tax on the regular tax rolls of the District, and collect such tax in the same manner as general taxes in said District are collected; provided that the correction of any condition aforesaid by the Mayor of said District under authority of this section shall not relieve the owner of the property on which such condition existed, or from which such conditions arose, from criminal prosecution and punishment for having caused or allowed such unlawful condition to arise or for having failed or refused to correct the same."

You may request a hearing to show cause why you should not be required to correct these conditions (see D.C. Official Code § 42-3131.01(a) (2003)). In order to exercise your right to a hearing, you must request it in writing within ten (10) business days of your receipt of this Order. Your request may be mailed by first class U.S. Mail; postage pre-paid, to the Office of Administrative Hearings, P.O. Box 77718, Washington, D.C. 20013-8713. Alternatively, you may hand-deliver your written request for a hearing to the Office of Administrative Hearings, 941 North Capitol St., N.E., Suite 9100, Washington, D.C. 20002 within ten (10) business days of your receipt of this notice.

# Ramoy Affidavit

# Attachment 3

-

# Request for Hearing

*4725 ELLICOTT STREET, NW*
*WASHINGTON, DC 20016*

March 17, 2006

Office of Administrative Hearings
941 North Capitol Street, NE, Suite 9100
Washington, DC 20002

Dear Sir/Madame,

On March 4, 2006, we received a Notice of Violation and Notice to Abate from the Department of Consumer and Regulatory Affairs regarding a sign in our front yard (copy of notice attached). We have one, homemade plywood sign, 2' high and 4' wide, securely planted in the ground in our front yard, several feet from the sidewalk, which reads "Save AU Park, No McMansions" (photograph attached). The sign is informational and lets passersby know about possible development of our neighborhood.

In the Notice of Violation, we were notified that we should obtain a permit for the sign within 15 days of receipt of the notice. One of us (Parenti) attempted, in good faith, to obtain a permit for the sign on Monday, March 13, 2006 at the 941 North Capitol Street, NE, offices, but was unable to do so (application attached). She spoke to several staff at the office who told her first to apply for a permit in the suite with contractors. She had her application reviewed there and was directed to the Homeowners Center. There, she was first told that she did not need a permit for the sign, and then that she did need a permit. She was informed that to get a permit, she would have to obtain a new, full-size plat and supply photographs of the sign, in addition to the permit application. She paid for and ordered a new plat. As she was told it takes up to four days to obtain a new plat, it is clear that it is not possible to obtain a permit for the sign within 15 days of receipt of the Notice of Violation. Therefore, per the notice on the back of the Notice of Violation (copy attached), we submit this letter and attached materials in request of a hearing to resolve this situation.

Thank you for your consideration,

Sincerely,

*[signature]*
Tina S. Ramoy

*[signature]*
Lynne R. Parenti

SAVE AU PARK
NO McMANSIONS
03 13 2006 18 15

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
BUILDING AND LAND REGULATION ADMINISTRATION
941 NORTH CAPITOL STREET, N.E., 2ND Floor
WASHINGTON, D.C. 20003
TEL 202 442 4470    FAX 202 442 4862

GOVERNMENT OF THE DISTRICT OF COLUMBIA
BLRA 88

QUEUE No. 89

CERT of OCCUP No. 90678

# SIGN

## SIGN PERMIT APPLICATON

| DATE: 3/12/06 | ADDRESS OF SIGN(S): 4725 ELLICOTT ST NW | LOT: 0050 | SQUARE: 1540 | SUITE: | WARD 3 | ZONE |

| Name of Business Owner: Tina S. Ramoy / Lynne R. Parenti | Address of Business Owner: 4725 Ellicott St NW DC 20016 | Phone No. 202 364 2886 |

| Name of Business: private home | Type of Business: — | Phone No. — |

| Name of Agent: — | Address of Agent: — | Phone No. — |

| Name of sign contractor: — | Address of sign contractor: — | Lic No. — | Phone No. — |

| Type of Work: ☐ Sign replacement ☒ New sign ☐ Face Change ☐ New sign box | No. of signs: 1 | Type of sign: ☐ Wall sign ☐ A-frame ☐ Pole ☐ Double faced ☒ other | Material of sign: Wood | Electric sign: ☐ Yes ☒ No | Power: ___ VA | Type of Elec. sign: ☐ Incandesc. ☐ Fluorescent ☐ Neon |

| Name of Electrical Contractor: — | Lic No. — | Address of Electrical Contractor: — | Phone No. — |

Master Electrian§s Signature: ___   Print Name ___   Date: ___

| # | Length (ft.) | Width (ft.) | Area (sq ft) | Total Area of Sign(s) | Is sign above 1" story? ☐ Yes ☒ No | | Color: plywood with black letters |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 2 | 8 | 8 | Comments: | | |

OWNER: I hereby certify that I am the owner of the property; that the application and plans are complete and correct to the best of my knowledge; and that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia.

Signature of Owner __J. Ramoy__   Print Name __Tina S. Ramoy__   Date __3/12/06__

Agent: I hereby certify that I have the authority of the owner to make this application. I declare that the application and plans are complete and correct to the best of my knowledge. The owner has assured me that if a permit (or permits) is issued, the construction will conform to the D.C. Construction.Codes, the Zoning Regulations and other applicable laws and regulations of the District of Columbia.

Signature of Agent _____   Print Name _____   Date _____

**TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL, CALL THE INSPECTOR GENERAL AT 1-800-521-1639. ALL CALLS ARE CONFIDENTIAL.**

## (J) APPROVALS (DO NOT WRITE ON THIS PAGE; OFFICIAL USE ONLY)

### A. PERMIT CONTROL

- ☐ 1. Fine Arts by:_____ Date:_____
- ☐ 2. Historic by:_____ Date:_____
- ☐ 3. Cap. Gateway by:_____ Date:_____
- ☐ 4. NCPC:_____ Date:_____
- ☐ 5. W.H./Obs. Precinct by:_____ Date:_____
- ☐ 6. Flood Control by:_____ Date:_____
- ☐ 7. WMATA by:_____ Date:_____
- ☐ 8. Condem. by:_____ Date:_____
- ☐ 9. Rental Accom. by:_____ Date:_____
- ☐ 10. Chinatown Distr. by:_____ Date:_____
- ☐ 11. Utility Clearance by:_____ Date:_____
- ☐ 12. General Liability Ins. Policy Clearance by:_____ Date:_____

### B. CLEARANCE TO FILE PLANS

- ☐ 1. Zoning by:_____ Date:_____
- ☐ 2. DDOT – Permit and Records Division
    Access to Parking Street ☐ Street ☐ Alley
    Cleared by:_____ Date:_____
- ☐ 3. DDOT – Consumer Engineer
    Cleared by:_____ Date:_____
- ☐ 4. ERA – Erosion Control
    Cleared by:_____ Date:_____

Restrictions of the Permit:

**TO REPORT WASTE, FRAUD, OR ABUSE BY ANY D.C. GOVERNMENT OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT 1-800-521-1639**

### C. PLANS AND APPLICATION APPROVAL

- ☐ 1. Information Counter by: CD  Date: 3/13/06
- ☐ 2. Information Center by:_____ Date:_____
  - ☐ (a) ABRA by:_____ Date:_____
  - ☐ (b) Noise Control by:_____ Date:_____
  - ☐ (c) Industrial Safety by:_____ Date:_____
  - ☐ (d) Vector Control by:_____ Date:_____
  - ☐ (e) D.C. Animal by:_____ Date:_____
  - ☐ (f) Police Dept. by:_____ Date:_____
- ☐ 3. Zoning by:_____ Date:_____
    Zoning Update by:_____ Date:_____
    Zoning Overlay approval by:_____ Date:_____
- ☐ 4. DDOT – Permit and Records Division/Deposit #
    Sidewalk Deposit $_____ Driveway Deposit $_____
    by_____ Date_____
- ☐ 5. Water/Sewer Design Branch
    Consumer Eng. by:_____ Date_____
- ☐ 6. Environmental Regulation Administration
    ☐ Environmental Policy Review
    Control No._____
    by_____ Date_____
    ☐ Erosion Control by:_____ Date_____
    ☐ Storm Water Mgmt. by:_____ Date_____
    Plan No_____
    ☐ Air Quality by:_____ Date_____
    ☐ Underground Storage by:_____ Date_____
- ☐ 7. Mechanical Eng. Review by:_____ Date_____
- ☐ 8. Plumbing Eng. Review by:_____ Date_____
- ☐ 9. Electrical Eng. Review by:_____ Date_____
- ☐ 10. Health Plan Review
    ☐ (a) Food Plan Review by:_____ Date_____
    ☐ (b) Medical X-Ray Plan Rev. by:_____ Date_____
- ☐ 11. Fire Protection Plan Review by:_____ Date_____
- ☐ 12. D.C. Fire Dept. (Fire Prevention Plan Review Section) by:_____ Date_____
- ☐ 13. Elevator Plan Rev. Sec. by:_____ Date_____
- ☐ 14. Plumbing Insp Rev. by:_____ Date_____
- ☐ 15. Construction Insp. Branch (Field Check) by:_____ Date_____
- ☐ 16. Historic Pres. Div. by:_____ Date_____
- ☐ 17 EISF:_____ Date_____
- ☐ 18. Structural Eng. by:_____ Date_____
- ☐ 19. Permit and Certificate Issuance Counter by:_____ Date_____
- ☐ 20. QC By:_____ Date_____

### ZONING

C of O Number_____ Date_____

Existing Use(s)_____

Proposed Use_____

☐ New Bldg
☐ P.O.D.
☐ File in room 2124

### DDOT – PUBLIC SPACE

Street Name:_____

Street Width:_____

Road Width:_____

Sidewalk Width:_____

Parking:_____

Job No._____  BZA Case No_____  PUD Order No._____  Restrictions:_____