# Exhibit E

-

# Todd Affidavit

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LINDA GUSTITUS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| PATRICK J. CANAVAN, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ANN TODD**

I, ANN TODD, make oath and say as follows:

1.      I am over 21 years of age and have resided at 4720 Ellicott Street, N.W.,
Washington, D.C. 20016 for over 20 years.

2.      I have had a sign on my front lawn since late November 2005.  It is a campaign
sign reading "Adrian Fenty for Mayor."  It is placed on my front lawn, approximately 20 feet
from the street.  A true and accurate photograph of this sign is appended hereto as Attachment 1.

3.      I have had many political signs on my lawn in the years I have lived on Ellicott
Street.

4.      My neighbors and I have become concerned about the D.C. Zoning
Administration's recent decision regarding 4717 Ellicott Street, N.W., which is across the street
from my house.  The District of Columbia has allowed the new owner to split his lot into two
flag shaped lots, which would allow a second house to be built behind the existing one, and

which, absent a variance, would violate the fifty foot lot width requirement for properties in our zoning district.

5.     I believe that the zoning administrator's decision is incorrect.

6.     My neighbors put signs up protesting the fact that the District is allowing split lot development in our area.

7.     I was in the process of making my own sign when I learned that the District had issued citations against some of my neighbors for their signs, which warned them that permits were required for the signs and that there would be $2,000 fines if the signs remained without permits.

8.     Because of the penalties threatened against my neighbors, I stopped making my sign, because I was frightened by the District's actions against my neighbors who were expressing their views in protest of the city's zoning decision.

9.     In this way, the citations received by my neighbors have caused me to refrain from expressing my views.  This fear that the District has created in me has prevented me from exercising my First Amendment rights.

10.     Furthermore, I am all the more concerned and frightened by the District's actions in this regard because the District has been selective in its enforcement.  The District did not issue a citation against me for my current sign regarding the mayoral race or for any previous sign that I have placed on my lawn.

11.     The "Adrian Fenty for Mayor" sign remains on my lawn.

12.     I still would like to express my concern over the negative effects of the District's recent zoning decision by placing a protest sign on my lawn.

2

13.    I fear both civil fines and criminal prosecution for the exercise of my free speech rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24ᵗʰ day of April, 2006.

_____
Ann Todd
4720 Ellicott Street, N.W.
Washington, D.C. 20016

3

# Todd Affidavit

# Attachment 1

# -

# Photograph

