# Exhibit H

-

# Zoning Map
## Demonstrating that the Relevant Portion of Ellicott Street is Zoned as Residential

**This map is a selected portion of D.C. Zoning Map 2 available at: http://dcoz.dc.gov/info/map/zmap2.pdf**

