IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GUSTITUS, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. |
| ANTHONY WILLIAMS, ET AL. ) | |
| Defendants. ) | |

**ORDER AND PRELIMINARY INJUNCTION UNDER RULE 65(b)**

Plaintiff's Motion for a Preliminary Injunction against the Defendants is GRANTED.

Defendants are hereby enjoined from enforcing 12 D.C.M.R. §§ 3107.3, 3107.6, 3107.6.3, 3107.7.7, 3107.9.1, 3107.9.5.1, 3107.6.7 and 24 D.C.M.R. § 108 against Plaintiffs.

Date: _____

By:

_____
United States District Judge.