**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LINDA GUSTITUS, *et al.,*                                   :
                                                           :
      Plaintiffs,                                       :
                                                           :
      v.                                                :      Civil Action No. 1:06CV814 (RCL)
                                                           :
ANTHONY WILLIAMS, et. al.,                                 :
                                                           :
                                                           :
      Defendants.                                       :
_____        :

**CONSENT MOTION TO ENLARGE THE TIME IN WHICH
DEFENDANT MAY FILE ITS OPPOSITION TO PLAINTIFFS'
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

      Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1, defendant moves this Court to issue an order enlarging the time in which it may file it opposition to plaintiffs' motion for a preliminary injunction up to and including May 11, 2006. In support of this motion, undersigned counsel represents that given the press of other litigation matters counsel was unable to complete defendant's response before today's deadline of May 10, 2006, and therefore requests an additional business day in which to do so.  Plaintiffs consent to the relief sought herein and no prejudice will ensue should the court grant the instant motion.  A memorandum of points and authorities accompanies this motion as well as a proposed order.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General of the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General

s/Richard S. Love
RICHARD S. LOVE [340-455]
Chief, Equity I

s/Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
Office of the Attorney General -DC
441 Fourth Street, NW
Sixth Floor South
Washington, D.C.  20001
(202) 724-6612

**Filed:  May 10, 2006**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINDA GUSTITUS, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:06CV814 (RCL) |
| | : | |
| ANTHONY WILLIAMS, et. al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION TO ENLARGE THE TIME IN WHICH
DEFENDANT MAY FILE ITS OPPOSITION TO PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION**

1. The record herein.

2. Fed.R.Civ.P. 6(b) and LCvR 7.1(m)

3. The inherent powers of the Court.

4. Granting this motion will not interfere with the fair and efficient administration of

   justice or prejudice any party.

**CONCLUSION**

For good cause shown, this motion should be granted.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General of the District
> of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General

s/Richard S. Love
RICHARD S. LOVE [340-455]
Chief, Equity I

s/Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Litigation Counsel, Equity I
Office of the Attorney General -DC
441 Fourth Street, NW
Sixth Floor South
Washington, D.C.  20001
(202) 724-6612

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LINDA GUSTITUS, *et al.,*                                      :
                                                                              :
          Plaintiffs,                                            :
                                                                              :
v.                                                                     :          Civil Action No. 1:06CV814 (RCL)
                                                                              :
ANTHONY WILLIAMS, et. al.,                            :
                                                                              :
                                                                              :
          Defendants.                                          :
_____ :

**ORDER**

          UPON CONSIDERATION of the defendant's consent motion to enlarge the time in

which it may file its opposition to plaintiffs' motion for a preliminary injunction, the

memorandum of points and authorities herein, the entire record in this matter, and for

good cause shown it is by the Court this _____ day of _____,

2006, hereby

          ORDERED that said motion is granted and defendant may files its opposition to

plaintiffs' motion for a preliminary injunction up to and including May 11, 2006.

**SO ORDERED.**

                                                            _____
                                                            ROYCE C. LAMBERTH
                                                            United States District Judge