IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GUSTITUS, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06-cv-00814-EGS |
| ANTHONY WILLIAMS, ET AL. | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully move this Court for an extension of time.  Pursuant to Fed. R. Civ. P. 6(b), Defendants have consented to an extension of time for Plaintiffs to file a reply and any other responsive papers until Tuesday, June 20, 2006 due to a death in Plaintiffs' counsel's family.

Respectfully submitted,

On: _____        By: _____/s/_____
                                 Christopher A. Mohr
                                 D.C. Bar No. 458599
                                 Michael R. Klipper
                                 D.C. Bar No. 166074

                                 Meyer, Klipper & Mohr, PLLC
                                 923 Fifteenth Street, NW
                                 Washington, DC  20005
                                 Voice:  202-637-0850
                                 Fax:  202-637-0851

1