AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GUSTITUS et al

    Plaintiff(s)    )  **APPEARANCE**

    vs.    )  CASE NUMBER  1:06-cv-00814-EGS-AK

WILLIAMS et al

    Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Andrew D. Herman** as counsel in this
(Attorney's Name)

case for: **GUSTITUS et al**
(Name of party or parties)

July 20, 2006
Date

462334
BAR IDENTIFICATION

Signature

Andrew D. Herman
Print Name

923 15th Street
Address

Washington, DC   20005
City   State   Zip Code

(202) 662-9700
Phone Number