# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GUSTITUS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00814-EGS |
| ) | |
| ANTHONY WILLIAMS, ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given this 26th day of July, 2006, that Linda Gustitus et al. hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 27th day of June 2006 in favor of Defendant Anthony Williams et al. against said Plaintiffs.

Respectfully submitted,

_____/s/_____

Michael R. Klipper
(D.C. Bar No. 166074)
Meyer, Klipper & Mohr, PLLC
923 15th Street, N.W.
Washington, DC 20005
Tel: (202) 637-0850
Fax: (202) 637-0851

1

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgement or 60 days if the United States or officer or agency is a party.)

**<u>CLERK</u>**   Please mail copies of the above notice of appeal to the following at the addresses indicated:

Robert J. Spagnoletti
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division

Richard S. Love
Chief, Equity

Martha J. Mullen
Senior Counsel, Equity
Office of the Attorney General
For the District of Columbia
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
(202) 724-6612