IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GUSTITUS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00814-EGS-AK |
| ) | |
| ANTHONY WILLIAMS, ET AL. ) | |
| ) | |
| Defendants. ) | |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.3**

On August 3, 2006, the parties conferred on the matters required by Local Rule 16.3(c).

1. The parties agree that this case can be resolved by motions for summary judgment.

2. The parties agree that no additional parties or amendments to the complaint, at this point, need be made.

3. The parties do not agree to have the matter tried before a magistrate judge.

4. The parties agree that no realistic possibility exists of settling this case. As such, the expenditure of further time and effort in Alternative Dispute Resolution would not be fruitful. The parties have considered the factors in rule 16.3(c)(5).

5. The parties agree that this case can be resolved without discovery, and stipulate that this case can be resolved without discovery.

6. In light of the fact that no discovery need be taken, the plaintiffs propose the following schedule:

    a. Plaintiffs' motion for Summary Judgment: October 17th

    b. Defendants' Response Due October 27th

    c. Replies Due November 3rd, 2006.

Defendants Position:  Plaintiffs are appealing this Court's ruling denying their motion for a preliminary injunction.  No briefing schedule has been issued.  In light of the appeal taken and the amendments to the legislation at issue in this case which should be before the counsel at the end of the month, Defendants recommend that the Court set a control date of _____, 2006 before setting a briefing schedule below for cross-motions for summary judgment and oppositions by the parties.

Plaintiff's Response:  Plaintiffs are interested in obtaining a prompt ruling on the merits of this matter—something that the government is apparently attempting to avoid at all costs.  Defendants have already had nearly five months to address any problems with their regulations.  No notice of a rulemaking has appeared in the D.C. Register, save the emergency rulemaking that Plaintiffs have alleged is unconstitutional and illegally adopted.  Furthermore, whether the "counsel" [sic] will adopt, amend or reject these unwritten amendments is beyond the Defendants' control (as the blank control date demonstrates).  The legislature is not (and cannot be) a party to this case.  Unless and until the legislature abolishes the unconstitutional statute, their actions are irrelevant.

Respectfully submitted,

_____/s/_____
Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Andrew D. Herman (D.C. Bar No. 462334)
BRAND LAW GROUP
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

3