UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LINDA GUSTITUS, ET AL.,                 )
                                        )
                    Plaintiffs,         )
                                        )
            v.                          )  Case No.  1:06-cv-00814-EGS-AK
                                        )
ANTHONY WILLIAMS, ET AL.                )
                                        )
                    Defendants.         )
_____)


## DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 16.3

On August 3, 2006, the parties conferred on the matters required by Local

Rule 16.3(c).  On Friday, September 22, 2006, Plaintiffs filed with this Court a

purported "joint" statement pursuant to local rule 16.3 that had not been

reviewed or approved by Defendants.[1]  Accordingly, Defendants file their own

statement to the Court which more clearly represents their position.

    1.  Defendants believe that this case can be resolved by motion.

    2.  Defendants do not believe they will need to join any additional parties.

    3.  Defendants do not agree to have the matter tried before a magistrate

judge.

    4.  Defendants think that settlement is unlikely.

---

[1] Plaintiffs had shared a draft version with Defendants who returned the draft with some changes.  Plaintiffs added defendants' initial edits to the draft statement, but also added language of their own and then filed it with the Court without returning the "final" draft to Defendants for their approval.

5.  Defendants do not believe that discovery is needed to dispose of this case by motion.

6.  Defendants do not agree to Plaintiffs' proposed schedule filed on September 22, 2006.  Plaintiffs are appealing this Court's ruling denying their motion for a preliminary injunction.  No briefing schedule has been issued in the appellate matter.  As defendants have frequently indicated, the notices of infraction (NOI) issued to Plaintiffs have been rescinded, no additional NOI have been issued, and Defendants have repeatedly represented that they will not issue a NOI for posting signs of an ideological or expressive character posted on residential properties.  Defendants have further represented that they are working on a comprehensive amendment to the statute at issue that will include the provision currently embodied in emergency rulemaking that provides a clear exception for ideological or expressive signs on residential properties.  That amendment is expected to be completed and submitted to the Office of the Attorney General for legal sufficiency review by the end of October.  Given all of these events, defendants suggest that a further status conference be convened in November 2006, at which time a briefing schedule, if necessary, can be finalized.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/S/ Richard S. Love_____
RICHARD S. LOVE [340455]
Chief, Equity I

/S/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
Office of the Attorney General for the
District of Columbia, Equity I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C.  20001
(202) 724-6612