IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GUSTITUS, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00814-EGS |
| | ) |
| ANTHONY WILLIAMS, ET AL., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Due to the sudden death of the mother of defendants' counsel, the parties agree to postpone the filing of their meet and confer status reports until Monday, December 11, 2006. Plaintiffs extend their sincerest condolences to Ms. Mullen for her loss.

Respectfully submitted,

On: ___December 8, 2006_____       By: _____/s/_____
  Christopher A. Mohr (D.C. Bar No. 458599)
  MEYER, KLIPPER & MOHR, PLLC
  923 Fifteenth Street, N.W.
  Washington, DC  20005
  Tel.: (202) 637-0850
  Fax: (202) 637-0851