_____
                                             )
LINDA GUSTITUS, ET AL.,        )
                                             )
            Plaintiffs,               )
                                             )
       v.                                   ) Case No.  1:06-cv-00814-EGS-AK
                                             )
ANTHONY WILLIAMS, ET AL.  )
                                             )
            Defendants.            )
_____)

## DEFENDANTS' STATUS REPORT TO THE COURT

At the status hearing held on September 28, 2006, Defendants represented, as they have repeatedly done in the past, that the notices of infraction (NOI) issued in error pursuant to 24 D.C.M.R § 108, have been rescinded, no additional NOI have been issued against Plaintiffs, and Defendants will not issue a NOI against plaintiffs for posting signs of an ideological or expressive character posted on their residential properties. Defendants further represented that the Department of Consumer and Regulatory Affairs is working on a comprehensive amendment to the statute at issue which will include the provision currently embodied in emergency rulemaking that provides a clear exception for ideological or expressive signs on residential properties.  That amendment was expected to be completed and submitted to the Office of the Attorney General for legal sufficiency review by the end of October, 2006.  At this writing, Defendants represent that the proposed regulations (which are the same as the emergency rules) will be promulgated for public comment by the end of December, 2006.  The public will be apprised that these are interim rules designed to clarify the statutes' content neutral application to signs posted on

residential properties which contain speech protected by First Amendment and will outline issues that need to be addressed in subsequent rulemaking.  After the public comment period, the rules will be transmitted to the D.C. Council for approval.  In the interim, the emergency rulemaking will be renewed on December 22, 2006.  Thus, the status quo remains in tact.

Given all of these events, Defendants suggest that a further status conference be convened in February 2007, at which time a briefing schedule, if necessary, can be finalized.   Defendants note that Plaintiffs' appellate brief is due before the D.C. Circuit on December 18, 2006.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /S/ Ellen F. Efros
    Ellen F. Efros [250756]
    Chief, Equity I

    /S/ Martha J. Mullen
    MARTHA J. MULLEN [419036]
    Senior Assistant Attorney General
    Office of the Attorney General for the
    District of Columbia, Equity I
    441 Fourth Street, NW, Sixth Floor South
    Washington, D.C.  20001
    (202) 724-6612

**FILED:  DECEMBER 11, 2006**