IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GUSTITUS, ET AL.,             )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Case No.  1:06-cv-00814-EGS-AK
                                    )
ANTHONY WILLIAMS, ET AL.            )
                                    )
            Defendants.             )
_____)

**MOTION FOR ADMISSION OF DAVID LUDWIG PRO HAC VICE**

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs, by and through their counsel, Christopher A. Mohr, of the law firm of Meyer, Klipper & Mohr, PLLC, respectfully move for an order of this Court admitting *pro hac vice* David Ludwig as co-counsel of record to represent Plaintiffs in the above-captioned case.

1.  Christopher A. Mohr is an attorney at the firm Meyer, Klipper & Mohr, PLLC, 923 Fifteenth Street, N.W., Washington, D.C. 20005, (202) 637-0850; is a member of good standing of the bar of this Court, and has appeared on behalf of Plaintiffs in the above-captioned case.

2.  David Ludwig is an attorney at the firm Meyer, Klipper & Mohr, PLLC, 923 Fifteenth Street, N.W., Washington, D.C. 20005, (202) 637-0850.  He is a member in good standing of the bar of Virginia.

3.  David Ludwig has no disciplinary proceedings pending against him as the member of the bar in any jurisdiction.

4.  David Ludwig has never been admitted *pro hac vice* in this Court.  He engages in the practice of law at an office located in the District of Columbia under the supervision of Christopher A. Mohr and Michael R. Klipper.  He is currently preparing an application for membership to the District of Columbia Bar.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion.

Respectfully submitted,

_____/s/_____
Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Dated this 11th day of December, 2006.