IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GUSTITUS, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANTHONY WILLIAMS, ET AL. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00814-EGS-AK |

**JOINT STATUS REPORT**

On August 2nd and 3rd, 2007, the parties conferred on the matters required by the Court's Order of July 3, 2007.

The parties stipulate to dismissal of this case with prejudice because the case is moot. Each side is to bear its own fees and costs.

Respectfully submitted,

____/s/_____
Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
David Ludwig (admitted *pro hac vice*)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851